



# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

The Fountains at Lake Success
1983 Marcus Avenue • Suite C-120
Lake Success, New York 11042
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

**MEMO ENDORSED**

February 19, 2008

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

    RE:   Andrea Emanuel v. State of New York, et al
         Docket No.: 08 CV 1250

Your Honor:

    This office represents the Plaintiff with regard to the above-referenced matter.

    We are in receipt of your Honor's initial pre trial conference notice for March 14, 2008 at 9:15 a.m.  Towards that end, we are requesting an adjournment of the initial pre trial conference for sixty (60) days.  The reason for the request is that the Defendants have not been served as of the date of this letter.  We expect to have all defendants served within thirty (30) days.  This adjournment would allow for the Plaintiff to serve all defendants and for the defendants to answer prior to the initial pre trial conference.

    Thank you for your courtesy and consideration herein.  Should you have any questions, please feel free to contact the undersigned.

                        Respectfully yours,

                        Rocco G. Avallone

RGA\rah

---

*Handwritten endorsement:* Conference adjourned to 5/12/08 @ 9:15 A.M.

SO ORDERED:
Date: 2/20/08
Richard M. Berman, U.S.D.J.