UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
ANDREA EMANUEL,

                        Plaintiff,

        -against-

STATE OF NEW YORK, DEPARTMENT OF
CORRECTIONAL SERVICES, et al.,

                        Defendants.
-------------------------------------------------------------------------

Index No.: 08 CV 1250

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU      SS.:

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 3, 2008 at 11:56 a.m. at 120 Broadway, New York, New York deponent served the within Summons and Complaint on defendant STATE OF NEW YORK – ELIOT SPITZER, ATTORNEY GENERAL therein named.

1. ___ INDIVIDUAL   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. ___ CORPORATION   a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. _X_ SUITABLE AGE PERSON   by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's place of business - within the state.

4. ___ AFFIXING TO DOOR, ETC.   by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

___ MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_3_ DESCRIPTION   Deponent describes the individual served as follows:
   1 or 3

| | | | | | |
|---|---|---|---|---|---|
| ___Male | ___White Skin | _X_Black Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 lbs. |
| _X_Female | _X_Black Skin | ___Brown Hair | ___21-35 Yrs. | ___5'0" - 5'3" | ___100-130 lbs. |
| | ___Brown Skin | ___Blond Hair | ___36-50 Yrs. | _X_5'4" - 5'8" | _X_131-160 lbs. |
| | | ___Gray Hair | _X_51-65 Yrs. | ___5'9"-6'0" | ___161-200 lbs. |
| | | ___Red Hair | ___Over 65 Yrs. | ___Over 6' | ___Over 200 lbs. |
| | | ___White Hair | | | |
| | | ___Balding | | | |

Sworn to before me on March _11_, 2008

_[signature]_

**SHERYL A. SERRANO**
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 20_11_

_[signature]_ JOHN MICHAEL DEVITO