UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ANDREA EMANUEL,

                    Plaintiff,

      -against-

STATE OF NEW YORK, DEPARTMENT OF
CORRECTIONAL SERVICES, et al.,

                    Defendants.
-----------------------------------------------------------------------

Index No.: 08 CV 1250

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU      SS.:

    JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 5, 2008 at 2:43 p.m. at 31 W. 110th Street, New York, New York 10026, deponent served the within Summons and Complaint on defendant LT. GEORGE VAN VALKENBURG therein named.

1. _X_ INDIVIDUAL    by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. ____ CORPORATION    a domestic corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. ____ SUITABLE AGE PERSON    by delivering thereat a true copy of each to a person of suitable age discretion. Said premises is defendant's - dwelling house - usual place of abode - within the state.

4. ____ AFFIXING TO DOOR, ETC.    by affixing a true copy of each to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____ MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_1_ DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| _X_ Male | _X_ White Skin | _X_ Black Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 lbs. |
| ___ Female | ___ Black Skin | ___ Brown Hair | ___ 21-35 Yrs. | ___ 5'0" - 5"3" | ___ 100-130 lbs. |
| | ___ Brown Skin | ___ Blond Hair | _X_ 36-50 Yrs. | _X_ 5'4" - 5'8" | ___ 131-160 lbs. |
| | | ___ Gray Hair | ___ 51-65 Yrs. | ___ 5'9"-6'0" | _X_ 161-200 lbs. |
| | | ___ Red Hair | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |
| | | ___ White Hair | | | |
| | | ___ Balding | | | |

Sworn to before me on March 11, 2008

_Sheryl A. Serrano_ (signature)

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 2011

_John Michael DeVito_ (signature)

JOHN MICHAEL DEVITO