UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
ANDREA EMANUEL,

                        Plaintiff,

         -against-

STATE OF NEW YORK, DEPARTMENT OF
CORRECTIONAL SERVICES, et al.,

                        Defendants.
-------------------------------------------------------------------------

Index No.: 08 CV 1250

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

      JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 5, 2008 at 1:47 p.m. at 611 Edgecombe Avenue, New York, New York 10032, deponent served the within Summons and Complaint on defendant SGT. ROBERT WILSON therein named.

1. \_\_\_INDIVIDUAL   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. \_\_\_CORPORATION   a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. _X_ SUITABLE AGE PERSON   by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's place of business - within the state.

4. \_\_\_AFFIXING TO DOOR, ETC.   by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

\_\_\_MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_3_ DESCRIPTION   Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| \_\_\_Male | \_\_\_White Skin | _X_ Black Hair | \_\_\_14-20 Yrs. | \_\_\_Under 5' | \_\_\_Under 100 lbs. |
| _X_ Female | _X_ Black Skin | \_\_\_Brown Hair | _X_ 21-35 Yrs. | \_\_\_5'0" - 5'3" | \_\_\_100-130 lbs. |
| | \_\_\_Brown Skin | \_\_\_Blond Hair | \_\_\_36-50 Yrs. | _X_ 5'4" - 5'8" | \_\_\_131-160 lbs. |
| | | \_\_\_Gray Hair | \_\_\_51-65 Yrs. | \_\_\_5'9"-6'0" | \_\_\_161-200 lbs. |
| | | \_\_\_Red Hair | \_\_\_Over 65 Yrs. | \_\_\_Over 6' | _X_ Over 200 lbs. |
| | | \_\_\_White Hair | | | |
| | | \_\_\_Balding | | _X_ Glasses | |

Sworn to before me on March _11_, 2008

*[signature]*
SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 2011

*[signature]*
JOHN MICHAEL DEVITO