UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Andrea Emanuel
                Plaintiff(s),

      - v -                              08 CV 1250 (RMB)

State of New York, et. al.
                Defendant(s).
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/29/08

**Case Management Plan**

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by   JUNE 30, 2008

(ii)    Amend the pleadings by   JULY 25, 2008

(iii)   All discovery to be **expeditiously** completed by   ~~JAN. 30, 2009~~ Oct. 16, 2008 (Fact + Expert)

(iv)   Consent to Proceed before Magistrate Judge   NO

(v)    Status of settlement discussions   ~~NONE~~ Settlement conference with principals for 10/23/08 @ 9:30 A.M.

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions   Defense by 6/16/08; respond by 7/16/08; reply by 7/30/08 (On Submission)

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other   Refer discovery issues to Magistrate Katz

SO ORDERED: New York, New York
                  5/29/08

                                                      RMB
                                               Hon. Richard M. Berman, U.S.D.J.