**C & B**

# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

**The Gateway at Lake Success**
**1983 Marcus Avenue • Suite C-120**
**Lake Success, New York 11042**
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

CHRISTOPHER S. BYCZEK

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

**MEMO ENDORSED** p.2

July 1, 2008


RECEIVED JUL 02 2008
CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

By Mail

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

   RE: Andrea Emanuel v. State of New York, et al.
     Docket No.: 08 CV 1250

Your Honor:

  This office represents the Plaintiff with regard to the above-referenced matter.

  We are in receipt of Defendants' Motion to Dismiss dated June 16, 2008.  Our Opposition to said Motion is due on or before July 16, 2008.  I am an associate in this law firm and a colleague of the attorney who is assigned to handle this file.  He is the only attorney in this office who is fully familiar with the facts and circumstances of this case.  At the present time he is out of the country on vacation and will not be returning to the office until July 14, 2008.  We respectfully request that our time to oppose this Motion be extended to August 1, 2008 and that Defendants' time to Reply be extended to August 11, 2008.

  We have contacted Assistant Attorney General Julinda Dawkins and she has consented to this extension.  Also note that this is our first request for an extension of this motion.

Thank you for your anticipated cooperation and consideration herein. Should you have any questions, please feel free to contact the undersigned.

Respectfully yours,

*Dominick Revellino*

Dominick Revellino

DR\rah
Cc: Julinda Dawkins, Esq. AAG

---

Application granted. Plaintiff's opposition due on or before 8/1/08. Defendants' reply due on or before 8/15/08.

SO ORDERED:
Date: 7/3/08

Richard M. Berman, U.S.D.J.